Alex Ruatta, appellee, v. Insurance Company of North America, appellant. Gen. No. 32,247.

Opinion filed February 23, 1928. Rehearing denied March 12, 1928.

Hicks & Folonie, for appellant. Bassler, Bippus & Rose, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

Harriett Flynn Boyle, appellant, v. John M. Smyth Company et al., appellees. Gen. No. 31,303.

Opinion filed February 27, 1928.

Edward J. McArdle, Jr., for appellant; Edward J. McArdle, Sr., of counsel. Hamilton Moses, for William P. Smith, appellee. McCulloch & McCulloch, for adult defendants except William P. Smyth. Weightstill Woods, pro se, guardian ad litem, for minor defendants.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Truly Warner Company, Inc., appellee, v. Kaufman Hats, Inc., appellant. Gen. No. 31,516.

Opinion filed February 27, 1928. Rehearing denied and opinion modified March 12, 1928. Rehearing was allowed on November 3, 1927, on opinion filed October 10, 1927, abstracted in 245 Ill. App. 631.

Stein, Mayer & David, for appellant; Sigmund W. David, of counsel. Follansbee, Shorey & Schupp, for appellee; Clyde E. Shorey, Louis Salant, Fred Barth and Howard E. Wahrenbrock, of counsel.

Mr. Presiding Justince Matchett delivered the opinion of the court.

In re petition of Weightstill Woods, appellee, for an allowance for his services as guardian ad litem.

Harriett Flynn Boyle, complainant and appellee, v. John M. Smyth Company et al., defendants. Edward Smyth Patera et al., appellants. Gen. No. 31,638.

Opinion filed February 27, 1928. Rehearing denied March 12, 1928.

McCulloch & McCulloch, for appellants. Edward J. McArdle, Jr., for Harriett Flynn Boyle, appellee; Edward J. McArdle, Sr., of counsel. Weightstill Woods, pro se; Wilkie Clay Ham, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.